IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL F. JOHNSON,  )
 )
      Petitioner,  )
 )
vs.  ) Civil No. 19-cv-558-DGW[1]
 )
COMMISSIONER OF SOCIAL SECURITY,  )
 )
      Respondent.  )
 )

## MEMORANDUM AND ORDER

**WILKERSON, Magistrate Judge:**

Plaintiff has filed a Motion to Dismiss Without Prejudice (Doc. 19). The defendant has responded and has no objection. The Motion is **GRANTED**.

This cause of action is ordered dismissed without prejudice.

The Clerk of Court shall enter judgment and close the case.

**IT IS SO ORDERED.**

**DATE: February 21, 2020.**

                                             **DONALD G. WILKERSON**
                                             **UNITED STATES MAGISTRATE JUDGE**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 16.